This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-38281**

**RAMONA CHAFINO,**

Worker-Appellant,

v.

**RMS FOODS and FOOD
INDUSTRY SELF-INSURANCE
FUND,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION
Leonard J. Padilla, Workers' Compensation Judge**

Glen L. Houston
Hobbs, NM

for Appellant

Kelly A. Genova, PC
Kelly A. Genova
Albuquerque, NM

for Appellees

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Worker appeals the Workers' Compensation Judge's (WCJ) order granting Employer/Insurer's motion to dismiss, generally contending that Worker was entitled to reasonable and necessary medical treatment for the thoracic injury she sustained at work. This Court filed a notice of proposed summary disposition proposing to affirm the WCJ's order on the basis of res judicata. [CN 2-4] Worker filed a notice, which is

construed as timely pursuant to this Court's order, stating that she does not intend to oppose this Court's notice of proposed summary disposition.

**{2}** For the reasons stated in the notice of proposed disposition, and herein, we affirm the WCJ's order dismissing Worker's claims.

**{3}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**MEGAN P. DUFFY, Judge**